# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**SARA KRUTKE,**
      **Plaintiff,**

    v.          Case No. 23-CV-1601

**MARTIN J. O'MALLEY.**
**Acting Commissioner of the Social Security Administration**
      **Defendant.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

| | |
|---|---|
| 5/31/2024 | Gina Colletti |
| Date | Clerk |
| | /s/ Alexis H. |
| | (By) Deputy Clerk |